UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| YOANDY FERNANDEZ MORALES,<br><br>Plaintiff,<br><br>v.<br><br>VILLEGAS, et al.,<br><br>Defendants. | Case No.: 3:24-cv-00281-ART-CSD<br><br>**ORDER**<br><br>**(ECF Nos. 1, 1-2)** |

On July 2, 2024, pro se plaintiff Yoandy Morales, an inmate in the custody of the Nevada Department of Corrections who is housed at Northern Nevada Correctional Center ("NNCC"), submitted a civil-rights complaint under 42 U.S.C. § 1983, a motion to exceed the page limit for pro se civil-rights complaints, proposed summonses, and an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1-2, 1-3, 1). The Court denies Morales's application to proceed *in forma pauperis* without prejudice because it is incomplete. It denies his motion for leave to file excess pages as moot. And it disregards his proposed summonses because they are premature.

**I.    DISCUSSION**

**A.    Morales must either pay the filing fee or file a new IFP application.**

This Court must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. Effective February 1, 2024, NNCC inmates filing lawsuits in the U.S. District Court for the District of Nevada are directed to apply for *in forma pauperis* status using the form titled "Application to Proceed *In Forma Pauperis* by an Inmate at Northern Nevada Correctional Center."

Morales's application to proceed *in forma pauperis* is incomplete because he used an outdated form and did not include all the financial documents required by that form.

Specifically, although Morales submitted a completed financial certificate with his application, he did not also include an inmate trust fund account statement for the previous six-month period with it. (*See* ECF No. 1). The Court denies Morales's incomplete application and will give him an extension of time to either pay the full $405 filing fee or file a fully complete application to proceed *in forma pauperis* by an inmate at NNCC.

### B. Morales's motion for excess pages is moot.

Morales moves for leave to file an oversized civil-rights complaint. (ECF No. 1-2). The body of Morales's proposed pro se civil-rights complaint is 16 pages. (*See* ECF No. 1-1). Morales attached dozens of pages of exhibits to his proposed complaint. (*See id.*). Although attaching exhibits like evidence to an initial or amended complaint is strongly discouraged, the Court will not count Morales's exhibits against the 30-page limit for his complaint. *See* General Order No. 2021-05 at ¶ 2. The Court thus denies Morales's motion for excess pages as moot.

### C. Morales's proposed summonses are premature.

Morales has submitted proposed summonses. (ECF No. 1-3). As the Court explained in the advisory letter that it sent Morales when he initiated this action, "[t]he Court will review your complaint before docketing and service of defendants." (ECF No. 2 at 1). Review means that the Court will "screen" the complaint under 28 U.S.C. § 1915A "to identify any 'colorable claims'" and dismiss any claims that are frivolous, malicious, or fail to state a colorable claim for relief or seek monetary damages from any defendant who is immune from that relief. (*Id.*) "This process may take many months." (*Id.*) The letter reiterated that "the Court will order service upon defendants when it is time to do so." (*Id.* at 3).

The Court has not yet screened Morales's complaint. Once Morales either pays the full filing fee or files a complete application to proceed *in forma pauperis*, the Court will screen his complaint in the ordinary course. And the Court will order service on the

defendants when it is time to do so. The Court thus disregards Morales's proposed summonses as premature.

## II.     CONCLUSION

It is therefore ordered that Morales's incomplete application to proceed *in forma pauperis* (ECF No. 1) is denied without prejudice.

It is further ordered that Morales has **until August 2, 2024**, to either pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis*, which is pages 1–3 of the Court's approved form, for inmates at NNCC.

It is further ordered that Morales's motion for excess pages (ECF No. 1-2) is denied as moot.

It is further ordered that Morales's proposed summonses (ECF No. 1-3) are disregarded as premature.

Morales is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Morales to refile the case with the Court, under a new case number, when he can either pay the filing fee or properly apply for *in forma pauperis* status.

The Clerk of the Court is directed to send Plaintiff Yoandy Morales an application to proceed *in forma pauperis* **by an inmate at NNCC** and instructions for the same. The Court will retain Morales's complaint (ECF No. 1-1), but will not file it at this time.

DATED THIS 8th day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE